(121 App. Div. 655.)

### CITY REAL ESTATE CO. v. MacFARLAND et al.

(Supreme Court, Appellate Division, First Department. October 25, 1907.)

Appeal from Special Term.

Action by the City Real Estate Company against Archibald J. MacFarland and others, and George I. Malcom, as committee, etc., of Louisa Malcom Stenton. From an order denying the motion of George I. Malcom, as committee, to set aside service of summons on him, he appeals. Order reversed, and motion granted.

Argued before PATTERSON, P. J., and INGRAHAM, LAUGHLIN, CLARKE and HOUGHTON, JJ.

Nelson S. Spencer, for appellant.
Harold Swain, for respondent.

PER CURIAM. For the reasons assigned in the opinion in City Real Estate Company v. MacFarland, 106 N. Y. Supp. 333, on the appeal from the order granting leave to sue the committee, the order denying the motion to set aside the service upon the committee should have been granted.

It follows that the order denying the motion to vacate the service should be reversed, with $10 costs and disbursements, and motion granted, with $10 costs.

Argued before PATTERSON, P. J., and INGRAHAM, LAUGHLIN, CLARKE and HOUGHTON, JJ.